439 F.2d 266
 UNITED STATES of America, Plaintiff-Appellee,
v.
William Thomas McGOVERN, Defendant-Appellant.
 No. 30612 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 25, 1971.
 Rehearing Denied March 17, 1971.
 
 William T. McGovern, pro se.
 James Sideris, Gulfport, Miss., for defendant-appellant.
 Robert E. Hauberg, U. S. Atty., E. Donald Strange, Daniel E. Lynn, Asst. U. S. Attys., Jackson, Miss., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.**
 
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966